# EXHIBIT 1

Person Filing: Roxanne M Mosley
Address (if not protected): 17899 W Sandalwood Dr
City, State, Zip Code: Goodyear AZ 85338
Telephone: 602-737-5379
Email Address: Roxannemosley9@gmail.com
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

JEFF FINE
Clerk of the Superior Court
By Clarissa Cruz, Deputy
Date 06/24/2022 Time 10:47:17
Description                Amount
-------- CASE# CV2022-008062 --------
CIVIL NEW COMPLAINT         333.00
                  For Clerk's Use Only
TOTAL AMOUNT                333.00
Receipt# 28828907

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Roxanne M Mosley
Name of Plaintiff

Case Number: CV 2022-008062

Title: **CIVIL COMPLAINT**

Amazon.com Inc
Name of Defendant

Breach of Contract

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   ☐ Tier 1 = Actions claiming $50,000 or less in damages.

   ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR Actions claiming nonmonetary relief.

   ☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is __An Employee__

4. The Defendant in this case is __Owner of the Company__

## STATEMENT OF FACTS AND BREACH

5. Company is Forceing Employees to work in other Department. that Has No Air Condishion

6. And Are Unable to meet Rate Due to work Condishion that Are Un Safe

7. Begning Forse to were Safty Shoes that leave Blusters on Your feet.

8. Working in Unclean Condishions.

9. _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

10. _____
_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 111 ) Negligence

( 112 ) Liability - Toxic - Other

( 134 ) Breach of Contract

( 179 ) NCC Employer Sanction Action

( 180 ) Injunction Against Workplace Harassment

( 182 ) Civil Penalty

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) I Am Beenong Harassed Every Day About time off task.

Case Number: _____

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(134) Breach of Contract - Five Million Dollars

(183) Employment Dispute - One Million Dollars

(180) Injuction Against Workplace Harassment Two Million Dollars

(182) Civil Penalty Two Million Dollars

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 6-24-2022
(Date of signature)

_[signature]_
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 4 of 4
CVC10f 070118





P.O. BOX 81226, SEATTLE, WA, 98108-1226

2/26/2021

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180

Roxanne Marie Mosley
1711 N 159th ave
Unit 2061
Goodyear, AZ 85395
USA

Dear Roxanne:

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on March 1, 2021 ("Start Date"). Your salary will be $15.00 per hour, ($31,200.00 annualized based on 2,080 hours per year) and a $0.85 per hour Shift Differential ($1,768.00 annualized based on 2,080 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1299010 GYR3 USA FC Receiving(010)
Manager: Karinna Sellers
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

  

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

**Benefits**

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

**Preemployment Screening**

This offer is contingent on the successful completion of a background check and drug test.

**Employment at Will**

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

**Confidentiality and Invention Assignment Agreement**

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

**Employment Eligibility**

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

Roxanne, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in

  

this letter.

Sincerely,


Karinna Sellers
Manager I, Operations

**ACCEPTANCE**

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

*Roxanne Mosley*
Signature

Feb 26, 2021
Date

Roxanne Marie Mosley





Dear roxanne mosley,                                                                                      June 25, 2021

We are pleased to offer you a transfer to GYR1 located at 297 S. Bullard Ave, Goodyear, AZ 85338 with Amazon.com Services LLC.

The details of your NEW position are as follows:

- **First Day Onsite:** 7/18/2021
- **Manager:** Gabrielle Nunez
- **Department:** Pack Single
- **Shift:** NA7-1830 - 06:30PM - 05:00AM Sunday, Monday, Tuesday, Wednesday
- **OT Day:** Saturday
- **Pay Rate:** $15.50
- **Shift Differential:** $0.85

Your shift and schedule may change in the future based on business need. Please note that accepting an internal transfer may impact your pay. Amazon.com reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. We ask and thank you for your continued flexibility.

**General Information**

Please sign this letter if you accept this transfer. A copy will be kept in your employee file. Please note by accepting your transfer, you acknowledge that you must remain on your shift for 30 days prior to requesting an internal transfer to another shift, department, or building.

We look forward to making history with you,

GYR1 HR


ACCEPTANCE

I agree to and accept this position at Amazon.com Services LLC and the terms set forth above.

*roxanne mosley*                                                                                  6/25/2021

Signature                                                                                          Date

mosiroxa, 109399680



Date: June 12, 2021

...... and ......... ... ... (In ( ......), but at this time, we could not support a move to your requested ... ...... we normally open roles when in writing, you will commence employment with the Company.

Your new position information is as follows:

- Location:
- Hourly Wage:
- Position:                   (1YR1
- Department:                 No Change
- Manager:                    FC Associate I
- Shift:                      CAP, Picking
- Shift Differential:         Michael Andrews
                              NA7-1830 (Sun   Wed 1830-0500 (YT-Thurs)
                              $0.85

Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

This offer and all terms of employment stated in this letter will expire seven days from the date of this letter.

We are very excited about the possibility of you taking this position. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Please sign this letter; the original will be kept in your employee file, and a copy will be made available to you. Your shift or schedule may change again in the future. Based on business need, Amazon.com reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information has been communicated with associates previously. Please see HR or your manager if you have questions.

**IMPORTANT DETAILS**

... every finish that you will excel in your new position.

... ...nent with Amazon.com, Inc. under the terms set forth in this letter.

6-14-2021
Date