**EXHIBIT 2**

Person Filing: Roxanne M Mosley
Address (if not protected): 17899 W Sandalwood Dr.
City, State, Zip Code: Goodyear AZ 85338
Telephone: 602-737-5379
Email Address: RoxanneMosley9@Gmail.com
Lawyer's Bar Number: ___

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

JEFF FINE, CLERK

CLERK OF THE
SUPERIOR COURT
FILED
For Clerk's Use Only

2022 JUN 24 AM 10: 49

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Roxanne M Mosley
**Name of Plaintiff**

Amazon.com-Inc
**Name of Defendant**

Case Number: **CV 2022-008062**

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Roxanne M Mosley
(Name of Plaintiff)
, demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this 6-24-2022
(Date of signature)

(Signature of Plaintiff or Plaintiff's Attorney)

**In the Superior Court of the State of Arizona**

In and for the County of MARICOPA

Case Number CV2022-008062

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language(s): _____

FILED
JEFF FINE, CLERK
OF THE SUPERIOR COURT
C. CRUZ, DEP
2022 JUN 24 AM 10:49

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney N/A

Attorney Bar Number _____

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:

Roxanne M Mosley  17899 W Sandalwood Dr  602-737-5379  RoxanneMosley9@Gmail.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Amazon.com Inc Corporation Service Company
300 Deschutes Way SW, Ste 304 Tumwater WA 98501
Legal Department Subpoena

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT:** Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $_____   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*

Case No: _____

- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 119 Recovery of Damages under A.R.S. §12-514* (Please provide Plaintiff DOB ___/___/_____)
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*      ☐ 123 Hospital*
- ☐ 122 Physician D.O*       ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☒ 134 Other Contract (e.g., Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
    - ☐ 136 Six to Nineteen Structures*
    - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ 145 Special Action
- ☐ 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
- ☐ 199 Expungement

## 144 & 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review (See Lower Court Appeals cover sheet in Maricopa)
- ☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance

Case No: _____

- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute – Discrimination*
- [ ] 185 Employment Dispute – Other*
- [ ] 198 Verified Rule 27(a) Petition*
- [ ] 196 Verified Rule 45.2 Petition

- [ ] 195(a) Amendment of Marriage License (Maricopa County Filings Only)
- [ ] 195(b) Amendment of Birth Certificate
- [ ] 200 Application/Motion Objecting to Foreign Subpoena
- [ ] 163 Other* _____
      (Specify)

## EMERGENCY ORDER SOUGHT

- [ ] Temporary Restraining Order
- [ ] Provisional Remedy
- [ ] OSC
- [ ] Election Challenge
- [x] Employer Sanction
- [ ] Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

- [ ] This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Person Filing: Roxanne M Mosley
Address (if not protected): 17899 W Sandalwood Dr
City, State, Zip Code: Goodyear AZ 85338
Telephone: 602-737-5379
Email Address: Roxannemosley9@gmail.com
Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

JEFF FINE, CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP

2022 JUN 24 AM 10: 49

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Roxanne M Mosley
_____
PLAINTIFF,

vs.

Amazon.com, Inc
_____
DEFENDANT.

CV 2022-008062

Case Number: _____

**CERTIFICATE OF COMPULSORY ARBITRATION**

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____
_____
_____

SUBMITTED this 24 day of June, 2022.

SIGNATURE: Roxanne Mosley

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 1 of 1

CV03f 120319

Person Filing: Roxanne M Mosley
Address (if not protected): 17899 W Sandalwood Dr
City, State, Zip Code: Goodyear AZ 85338
Telephone: 602-737-5379
Email Address: RoxanneMosley9@gmail.com
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

JEFF FINE
Clerk of the Superior Court
By Clarissa Cruz, Deputy
Date 06/24/2022 Time 10:47:17
Description                    Amount
--------- CASE# CV2022-008062 ---------
CIVIL NEW COMPLAINT         333.00
                     For Clerk's Use Only
TOTAL AMOUNT                333.00
Receipt# 28828907

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Roxanne M Mosley
Name of Plaintiff

Case Number: CV2022-008062

Title: **CIVIL COMPLAINT**

Amazon.com Inc
Name of Defendant

Breach of Contract

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☐ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   ☐ Tier 1 = Actions claiming $50,000 or less in damages.

   ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR Actions claiming nonmonetary relief.

   ☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is An Employee

4. The Defendant in this case is Owner of the Company

## STATEMENT OF FACTS AND BREACH

5. Company is Foureeing Employees to work in other Department. that has no Air condishion

6. And are unable to meet Rate Due to work condishion that are unsafe

7. Beging Forse to were Safty Shoes that leave Blusters on your feet.

8. working in unclean condishions.

9. _____

Case Number: _____

10. _____
_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 111 ) Negligence

( 112 ) Liability - Toxic - Other

( 134 ) Breach of Contract

( 179 ) HCC Employer Sanction Action

( 180 ) Injunction Against Workplace Harassment

( 187 ) Civil Penalty

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   ) I Am Beenong Harassed Every Day About time off task.

Case Number: _____

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(134) Breach of contract - Five Million Dollars

(183) Employment Dispute - One Million Dollars

(180) Injuction Against Workplace Harassment - Two Million Dollars

(182) Civil Penalty Two Million Dollars

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 6-24-2022
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 4 of 4          CVC10f 070118



P.O. BOX 81226, SEATTLE, WA. 98108-1226

2/26/2021

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180


Roxanne Marie Mosley
1711 N 159th ave
Unit 2061
Goodyear, AZ 85395
USA

Dear Roxanne:

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on March 1, 2021 ("Start Date"). Your salary will be $15.00 per hour, ($31,200.00 annualized based on 2,080 hours per year) and a $0.85 per hour Shift Differential ($1,768.00 annualized based on 2,080 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1299010 GYR3 USA FC Receiving(010)
Manager: Karinna Sellers
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

  

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

**Benefits**

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

**Preemployment Screening**

This offer is contingent on the successful completion of a background check and drug test.

**Employment at Will**

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

**Confidentiality and Invention Assignment Agreement**

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

**Employment Eligibility**

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

**Additional Provisions**

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

Roxanne, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in





this letter.

Sincerely,


Karinna Sellers
Manager I, Operations

**ACCEPTANCE**

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

*Roxanne Mosley*
Signature

Feb 26, 2021
Date

Roxanne Marie Mosley



Dear roxanne mosley,                                                                                   June 25, 2021

We are pleased to offer you a transfer to GYR1 located at 297 S. Bullard Ave, Goodyear, AZ 85338 with Amazon.com Services LLC.

The details of your NEW position are as follows:

- **First Day Onsite:** 7/18/2021
- **Manager:** Gabrielle Nunez
- **Department:** Pack Single
- **Shift:** NA7-1830 - 06:30PM - 05:00AM Sunday, Monday, Tuesday, Wednesday
- **OT Day:** Saturday
- **Pay Rate:** $15.50
- **Shift Differential:** $0.85

Your shift and schedule may change in the future based on business need. Please note that accepting an internal transfer may impact your pay. Amazon.com reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. We ask and thank you for your continued flexibility.

### General Information

Please sign this letter if you accept this transfer. A copy will be kept in your employee file. **Please note by accepting your transfer, you acknowledge that you must remain on your shift for 30 days prior to requesting an internal transfer to another shift, department, or building.**

We look forward to making history with you,

GYR1 HR


ACCEPTANCE

I agree to and accept this position at Amazon.com Services LLC and the terms set forth above.

*DocuSigned by:*
*roxanne mosley*
B70D45C843FB4FA...

Signature                                                                                   6/25/2021

                                                                                            Date

mosiroxa, 109399680



Date: June 12, 2021

...and conditions in effect, but, (that Company), at this time, we could not support a move to your requested ... Unless we mutually agree otherwise in writing, your employment with the Company, I am very pleased to offer you the position of FC Associate I. This ... been made to you, or that may be made to you, by the Company, its agents, or representatives.

Your new position information is as follows:

- Location:
- Hourly Wage:
- Position: FC Associate I
- Department: No Changes
- Manager: CAP: Picking
- Shift: Michael Andrews
- Shift Differential: NA2-1830 (Sun-Wed 1830-0500 (Y1-Thurs) $0.K5

Employment at Will
If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

This offer and all terms of employment stated in this letter will expire seven days from the date of this letter.

We are very excited about the possibility of you taking this position. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Please sign this letter; the original will be kept in your employee file, and a copy will be made available to you. Your shift or schedule may change again in the future. Based on business need, Amazon.com reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information has been communicated with associates previously. Please see HR or your manager if you have questions.

**IMPORTANT DETAILS**

...every finish that you will excel in your new position.

ment with Amazon.com, Inc. under the terms set forth in this letter.

6-14-2021
Date